UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES MICHAEL FAYED,

        Plaintiff,

   v.

KATHLEEN ALLISON, et al.,

        Defendants.

Case No. 21-cv-08912-JST

**ORDER OF TRANSFER**

Plaintiff, an inmate housed at San Quentin State Prison, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has named as defendants California Department of Corrections and Rehabilitation ("CDCR") Secretary Kathleen Allison and the County of Los Angeles. He alleges that he is illegally incarcerated and falsely imprisoned due to the combined and deliberate efforts of federal and state authorities who unconstitutionally refused to allow Plaintiff to post bail. He seeks monetary damages. ECF No. 1. Section 1391(b) of the United States Code, title 28, provides that venue for a civil action is proper in either the judicial district in which any defendant resides or in the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). Neither defendant resides in this district, and the relevant events do not appear to have occurred in this district. Plaintiff has identified defendant Allison's location as Sacramento, California, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b).

//

//

//

1    Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C.
2 § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern
3 District of California.

4    **IT IS SO ORDERED.**

5 Dated:  November 18, 2021



JON S. TIGAR
United States District Judge

2