# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL FAYED, | No. 2:21-CV-2141-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions to proceed in forma pauperis. See ECF Nos. 2 and 5. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Plaintiff's requests to proceed in forma pauperis are, therefore, granted.

IT IS SO ORDERED.

Dated: December 1, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE