IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL FAYED,<br><br>Plaintiff,<br><br>v.<br><br>KATHLEEN ALLISON, et al.,<br><br>Defendants. | No. 2:21-CV-2141-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal. See ECF No. 29. Because no answer or motion for summary judgment has been filed, leave of Court is not required and the action is dismissed on Plaintiff's notice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: February 16, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1